Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAERSK LINE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AIR OCEAN LOGISTICS, INC.<br><br>　　　　　　Defendants | Case No. CV11-10499 CBM (VBKx)<br><br>**IN ADMIRALTY**<br><br>**DEFAULT JUDGMENT BY CLERK**<br>**(F.R.Civ.P. 55(b))** |

///
///
///
///
///
///

IT IS ADJUDGED that Maersk Line recover from Air Ocean Logistics, Inc. as follows:

1) Principal in the amount of $9,605.00

2) Interest in the amount of $386.61

3) Attorneys' fees in the amount of $1,160.50

4) Costs $388.50 (per bill of costs filed concurrently herewith).

For a total judgment in the amount of $11,540.61 and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: March 02, 2012

Lori Muraoka, Deputy Clerk
Clerk of the United States District Court

Respectfully submitted:

By: __s/Stephen M. Uthoff_____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
MAERSK LINE